# UNITED  STATES DISTRICT COURT

For the  DISTRICT  OF COLUMBIA

Isaac j jose  de la Cruz                      )

———————————————                     )

Plantiff Petitioner                          )

United States  Pathent  help                  )

Pitsburgh Pensilvania                        )

Case: 1:14-cv-02120
Assigned To : Unassigned
Assign. Date : 12/16/2014
Description: Pro Se Gen. Civil

TO:
    FEDERAL , LEGISLATIVE , JUDICIAL .

    HONOR:

———————————————

CASE:    APPEAR .                          |

FILE:                                      |        ALONSO

DATE: December 6, 2013.                    |  VS    INVENT

CLAIME NAME: .                             |        PATHENT

BY : ISAAC DE LA CRUZ                      |        HELP
     8368 DURANGO ST
     FONTANA CAL. 92335.                   |        OF  CALIFORNIA

     ——————————— Phone # 909- 301 -34-28.

     828 S WILLOW AVE.
        RIALTO CAL.92376                   |

## RECEIVED

NOV 26 2014

Clerk, U.S. District and
Bankruptcy Courts

            HONOR:
        ———————————
INTO THE BEST ME ,ISAAC AS A LAWYER  IN PROFESSION AS A
ENGINERING , ESPECIALIST INTO THE AUTO MOTOR REPAIR BODY SHOP
SYSTEM, TECHNICIAN .CERTIFICATE  APROOF.

    INTO THIS PRESENTATION , I'M CONCERTLY WISHES ,BEST HOPE
,HEALTHY OF HEARTH.

    INTO OUR COUNTRY AND THE REST OF THE WORLD , MAKE AND LEAVE ,
THEIR LIVES , SERVING OUR PATRIOTS LANDS .

# UNITED  STATES DISTRICT COURT

For the

| | | |
|---|---|---|
| Isaac j jose  de la Cruz | ) | |
| _____ | ) | |
| Plantiff Petitioner | ) | Civil action |
| United States  Pathent  help | ) | |
| Pitsburgh Pensilvania | ) | |

I nvent Help O f United States.

## Universal Payment
### corporation

931 Penn Ave., 6th Floor • Pittsburgh, PA 15222-3837
ADDRESS SERIVCE REQUESTED

88ᶜ

## UNITED STATES DISTRICT COURT

For the

Isaac j jose de la Cruz                    )

_____            )

            Plantiff Petitioner            )          Civil action

United States  Pathent  help               )

Pitsburgh Pensilvania                      )          _____

## HONOR

Contract agreement  .

Was  of 66 % .  with Mr .Alonso  . not with Peris , not with continental, not with James Allen

Not with previus employers. !

# Universal Payment

## corporation

P.O. BOX 360432 • PITTSBURGH, PA 15251-6432 • (800) 766-1110 • (412) 338-5240 • FAX (412) 338-0671

ISAAC DE LA CRUZ
8881 GRACE ST
FONTANA CA  92335

Due Date ____05-21-09____

Account # ____2863876U____

Amt. Due ____0.00____

**PLEASE RETURN THIS SECTION WITH YOUR PAYMENT AND WRITE ACCOUNT # ON CHECK OR MONEY ORDER**

| PREVIOUS BALANCE | DATE LAST PAYMENT RECEIVED | AMOUNT OF LAST PAYMENT RECEIVED | LATE CHARGE | AMOUNT OF LAST PAYMENT APPLIED TO YOUR ACCOUNT | REMAINING BALANCE |
|---|---|---|---|---|---|
| 202.93 | 05-20-09 | 465.00 | 5.00 | 460.00 | -257.07 |

For your convenience call us now to sign up for Direct Withdrawal Payments.
Thank you for your prompt payment.
Payment by VISA or MASTERCARD accepted.

# UNITED   STATES DISTRICT COURT

For the

| | |
|---|---|
| Isaac j jose  de la Cruz | ) |
| _____ | ) |
| Plantiff Petitioner | )          Civil action |
| United States  Pathent  help | ) |
| Pitsburgh Pensilvania | ) |

HONOUR'S

_____|      I' M  GLAD  AND  APRECIATE D THE BEST , WHAT

CERTAINLY  GAVE ME THESE OPPORTUNITY , TO CAN CAME , ABOUT :

AMBIGUS SYSTEM :

THE COMPLETED EVOLUTION    ( PLATE ), SPEED , DISTANCE , ENERGY , GRAVITY ,  LEVEL ,
EMERGING , METHAMORPHOSYS , MOLLS. DESIVELS, EQUALS , ANYQUAL'S , ATOMS, PROTONS ,

ELECTRONS, NEUTRONS , AND MINERALS . PLUS AND PLUS :                WITH A SIMPLE

WELDING MASK , ( WRONG PREVIUS NAME ) HELPMEET :  AND  A FILTER CARBS , RESPIRATORS

MASK  , MODDIFYCATED .    AND SPECIFICATED DIAGRAM.  RECTANGLE ,  CENTER UP 3/4  SCALES

AND ANGLE  (CATHENS ) THROW  THETUS (  TO )  PARALEL ( HIPOTENUS):

I'M  CERTAINLY SURE THESE  WHY (,  UNITED STATES , )     UNSTILL HAVE THE PRECIUS AND

VALUE PROUD TO SAY , OUR MONEY BILL WAS SAVED :

I HOPE AND  I  APPRECIATE  THESE  APPEAR  BE ACCEPT.

IN GOD  I BELIEVED

THANKS VERY MUCH

HONOUR

HONOUR

---

IN 1944 IN SECOND ( WORLD WAR ) :

MEXICAN AIR FORCE ( ESCUADRON (201) TWO HUNDRED ONE :

RESCUED UNITED STATES TROPS , I'M CERNTAILY HONNOR AS A MEXICAN / AMERICAN :

WE ARE BEEN RESPECT, ALL AGREEMENT S MADE , SIOGNED ,AND HAD ALL MEXICO , AND ME

YOU REPRESENTATIVE BY LAW :

LAWYER AND ENGINERING WITH ALL POST DEGREE. SOME THING( I NEVER FORGOT ), I RECIBED AN OFER IN UNIVERSITY ONE YEAR BEFORE , GRADUATED ME , BE A PRESIDENT INTO SCHOOL , PREVIUS BE MAYOR OF CITY , FOLLOW GOVERNNOR , MAYBE COUNTRY MEXICO PRESIDENT, MY ANSWER FOCUS WAS NOT , BECAUSE I SAID I HAD OTHER FOCUS TO MAKE MORE MONEY . EVERY BODY LAUGHT.

WELL .              HONOURS:

ISAAC J. DE LA CRUZ

EX WIFE :

SILVIA E. DE LA CRUZ

AND

DAUGTHERS :

JANNETH , MIRIAM,

SONS :

JORGE , AND NESTOR.

I WISH AND HOPE CERTANLY BE HEALTH Y READY BIRTH THE PROMISE I MADE TO MEXICO BEFORE COME TO THIS GLORYUS COUNTRY TO INFANTS ARMYS,AIR FORCE , AND MARINES WHEN I MADE CORRESPONDENCE, CERTIFICATES AND GRADUATIONS.

ALL I'D BEEN DID AFTER PASSED U.S.A CERTIFICATES TESTS TO BE APROOF AND HAVE THE OPORTUNITIE TO MADE A MODIFICATE TO TRY SAVE THIS BEATYFULL COUNTRY WAS POSSIBLE , BECAUSE WE HADE A CERTAINLE FOCUS.

YEAR 1986.
HONOR : RONALD REAGAN  U.S.A.
HONOR:  MIGUEL DE LA MADRID   MEXICO.
EX PRESIDENTS .

THEY MADE AGREETMENT ABOUT ECONOMIC , APROOF FOR JORGE VERGARA  AMOUNT          SEVENTEEN TRILLION DOLLARS .
FOLLOW CONTRACT AGAIN FOR CARLOS SLIM, FOR OTHER AMOUNTH OF SEVENTEEN TRILLION DOLLARS , MAKING TOTAL OF (34) THIRTY FOURTH TRILLION DOLLARS ECONOMIC ,SUPPOUST LOAND MONEY TO USA.
MEXICO .
ALL AMOUNTHS FEES OWNS , SHOW TO .

HONOR : GEORGE W. BUSH .     YEAR 2008 IN MERIDA .

SO FINAL OPPORTUNITY CAME TO ME .
(I.)
I MADE A WELDING MASK ,FOLLOW WITH A RESPIRATOR MASK , AND SCALES DIAGRAM .AND. I DID A CONTRACT W/ INVENT HELP FOR 66% SIXTY SIX PERCENT IN CASE OF BE PROOF .
(II)-
I MADE A TRIGONOMETRYDIAGRAM. A-C-T+C-S+CS  .
I RECIBED A BLUE BOOK

# UNITED  STATES DISTRICT COURT

### For the

| | |
|---|---|
| Isaac j jose  de la Cruz | ) |
| | ) |
| _____ | ) |
| Plantiff Petitioner | )    Civil action |
| United States  Pathent  help | ) |
| Pitsburgh Pensilvania | ) |

_____

### HONOR

WEELL I MADE ALL THIS COMMENTS ABOUT , BECAUSE WHEN I MADE THE APPOINMENT

TO TRY MAKE MODIFY TO SAVE , THIS GLORYUS COUNTRY , LANDS AND SEAS .

MR . ALONSO MADE  ME A CONTRACT , WITH CONDITIONAL 66% , SIXTY SIX PERCENTEGE  TO ME ,

GENERAL CONTRIBUITION , TO ME SELF:

AT SAME TIME I WAS EMPLOYER BY , PERIS FORM WORKS  IN FONTANA , AS A ESPECIALIST WELDER

THEN I GOT IN BY SELF , EMPLOYER AGENCY OF FONTANA CITY,  SO IN BEGINNING PERIS EMPLOYER'S ,

AND MIKE 'S FLOOR MANAGER , I HEARD ABOUT THEY WERE WORKING FROM ( 5.00 A.M. ) TO

( 13.30  P.M.) AND  I WAS HIRED FROM ( 7.00  A.M. ) TO ( 15:30P.M. ) SO I KNOW ED  WHAT  THAT'S

_____

MEAN  THEN I  TOLKED TO THEM AND I OFFERED W . $ 40.00 DLLS . I 'LL PAY PROYECT ( < 40 >

AND THEY GRAVED MONEY , FOLLOW WITH A QUESTION , WHAT THAT'S MEANS  AND I ANSWWERD .
WITH AN  EXAMPLE  TO MR. GUADALUPE TORRES   , DO YOU HAVE SAVINGS IN THIS COMPANY ?

AND HE ANSWERED__ (NOT)__ :

I SHOW  A LITTLE GIFT BOX , AND I PUT  IT , IN  GIFT BOX , FOLLOW WITH A QUESTION :

CANE YOU SAVE 10% ( TEN PERCENTEGE  OF YOU SALARY ?

ANSWER   __NOT__ . :

SO THEN I FOLLOW WITH AN OTHER ANSWER : I' LL  PUT IN :  WHEN I MAKE  WHAT I'LL WILL DO :

THEN  AFTER 6 (SIX) MONTHS COMPANY HIRED ME :

THEN THEY OFFERED ME AN DEATH INSURANCE. VALUE COST FREE, COVER FOR  $ 30.000.00  ( THIRTY

THOUSAND DOLLARS ) . FUNERAL COST S.

THEN I 'M CERTAINLY SURE , I BOUGHT IT FROM PACKAGE OWN MONEY , FOR THE COVER OF

# UNITED  STATES DISTRICT COURT

For the

| | | |
|---|---|---|
| Isaac j jose  de la Cruz | ) | |
| _____ | ) | |
| Plantiff Petitioner | ) | Civil action |
| United States  Pathent  help | ) | |
| Pitsburgh Pensilvania | ) | |

HONOR.

_____

ALL I'VE DONE AFTER PASSED U.S.A. CERTIFICATES TO PROOF, AND HAVE THE OPPORTUNITIE TO

MAKE  A MODIFICATE , TO TRY  SAVE THIS BEATYFULL COUNTRY, WHICH WAS CERTAINLY POSSIBLE ,

BECAUSE  I HADE A CERTAINLY FOCUS .

_____

YEAR ./   1986 .

HONOR.

RONALD REAGAN                    U.S.A.    PRESIDENT.

MIGUEL DE LA MADRID HURTADO.     MEXICO . PRESIDENT.

___ EX
PRESIDENTES._____

THEY AGRETMENT ABOUT ECONOMY . FOLLOW BY APROOF CONTRAC  BY.

MR JORGE VERGARA.  AMOUNTH .- $  17,000.00  SEVENTEEN THOUSAND TRILLION DOLLARS.

CASE .- REGALS  , T . TOPS  GMC . AUTOS . AND REAGAN, CUSTOMS MASKS..

_____

SUPPOUSTED , COLD WAR DEFINITION . END. --------

_____

# UNITED  STATES DISTRICT COURT

For the

| | | |
|---|---|---|
| Isaac j jose  de la Cruz | ) | |
| _____ | ) | |
| Plantiff Petitioner | ) | Civil action |
| United States  Pathent  help | ) | |
| Pitsburgh Pensilvania | ) | |

THEN I CHECK DATE AND TIME, THAT 'S MEANS, CALLING TO PAY.

(VII.)

WELL I RETURNE 'D CALL ED, AND HE SAID NEEDS THE MONEY TO PAY, COMMERCIAL S

HE OWNED, AND MY ANSWER WAS I CANT GIVE THAT MUCH, BECAUSE, IDONT HAVE THE

MONEY, SUPPOSTIVE  WE RE TALKING ABOUTH THE TEN THOUSAND S DOLLARS.

(VII.)

I 'D ANSWER  TAKE, ONE PERCENT, CLEARLY ANSWER TO SOME BODY TALKED. ONE

PERCENT, CLEARLY TALKED TO SOME BODY, USE SINCE BEGINNING , THAT KIND OF

COMMUNICATION.

(IX.)

AFTER ALL:

(X.)

HONOR:

_____

(XI.)

SUPPERIOR COURT OF CALIFORNIA:

INTO THESE STATUS, WHOM TO CONCERN AS A WINNER, REPRESENTATIVE, BY LAW

OF THE.

UNITED STATES

GENERUS AND GLORYUS ,COUNTRY WHICH  I  SERVED  WITH ALL PROUD , I'D WILL LIKE TO SEE CAN
BE POSSIBLE HELPME , TO COLLECT ME OWNED CONTRIBUITION  , ECONOMIC .

THANKS FOR YOU ATTENTION.

# UNITED  STATES DISTRICT COURT

### For the

| | | |
|---|---|---|
| Isaac j jose  de la Cruz | ) | |
| | ) | |
| Plantiff Petitioner | ) | Civil action |
| United States  Pathent  help | ) | |
| Pitsburgh Pensilvania        APPEAR: | ) | |

BY:                                                          |         (III.)

          ISAAC J. DE LA CRUZ                    |        I USE FILOSOFYS PLATON, SOFOCLES

DATE RECIVED:                                    |          NAMES TEATRIS, JANETH AS A QUEN

CLAIME #                                              |          NESTOR AS A ARISTOFANESS, OTHER

FILE #                                                   |          GRECE FILOSOFY, AND THE WORDS

                                                                   MAD HELP NESS.

(IV.) INTO PERIS COMPANY , PLACE WHERE I WAS WORKING , TRY PASSING WELDING TEST, WITH CONTAMINATED METAL, AND ALUMINUM, I USED SINCE BEGINNING , $ 40.00 DLS . (FORTHY DOLLARS)

AS ESTRATEGY PROYECT 40 , MEANS  FOR ONE K, CLASSIC EMPLOYERS INVESMENTS , 10% TEN PORCENT  FROM( 22) TWENTY TWO , OR IN THIS CASE TO PROTECT,INVESTMENTS (22) TWENTY TWO

SURE RETIRMENT PLANS .EXAMPLE   MIKE MATH. MAKE $ 300.00 A WEEK 10% TOTAL SAVINGS $30.00

HOW MANY  (22) TWENTY TWO .

                         THIS THE PROJECT 40 WHAT I KNOW .PLUS FIVE MILLION DOLLARS TO

  COMPANY.

 (V.)

        WHEN I WHENT TO PICK UP, INFORMATION ABOUT THE INVENT, I MADE MR. ALONSO GAVE ME A

BLUE BOOK, ALMOST ONE YEAR LATER, THEN HE MADE ME A COMMENT ABOUT CONTRACT, FOR $ TEN THOUSAND ($ I0, 000.00) DOLLARS, THESE MEANS, ONE BILLION DOLLARS

  $ 1,000000,000000.00. .

 (VI.)

        SO SINCE BEGINNING, WE WERE USING, SINONIMUS AND ANTONIMUS, DATE, AND TIME,

HONOR

MR, JORGE VERGARA CAME TO BE MEXICAN REPRESENTATIVE ,W./ HIS SUPPOUSTED PRODUCTS OVNI LIFE , AND MAKE AN EXPANTION SOCCER LEAGUE , AND BE PART OB THE NEW SOCCER CLUB CHIVAS , MEXICANS U.S.A.

AFTER THAT MR CARLOS SLIM CAME TO MAKE AN EXTRA CONTRACT FOR OTHER AMOUNT OF

$ 17,000.00  SEVENTEEN THOUSAND  TRILLION DOLLARS  .

---

HONOR

SO TIME FLYERS OVER .

                                   SO CONTRACTS AND CONTRACTS.FOR THEM, ANY WAY COLD WAR WAS DECLARATED  AND OPPORTUNITIE CAME TO ME ,WHY  BECAUSE EVERY YEARS AFTER MADE A WRITING

TEST AND PASSED , ALWAYS I HAD ATTENTS OF KILLED , SINCE 1984, AND BEFORE 1982 , WHEN I JUST CAME THE FIRST TIME ,JUNE 1981, AND WHEN I , END UNIVERSITY, MY MOTHER IN LOVE DEATH ,IN 1982 , IN 1985 A COUSIN WAS KILLED , 1993 A DAUGHTER ,WAS KILLED  IN 1986 , THE HOUSE  I LEAVED ,

WAS SHOOTED WHEN WERE SLEEPING , 1989 SOME BODY STOLEND MY TRUCK, AND ALMOST KILLED ME , 1990  AGAIN OTHER TRUKC PICK UP, AND AGAIND ALMOST THEY KILLED ME , ONE OF MY SONS WAS TREAD W./ GUN 38 , SQUARE , OTHER ONE WAS ATTACKED AND BROCKED HIS ARM, IN 1986 , I RECIBED AN OPPORTUNITIE TO BUY A HOUSE ,I , RECIBED A NOTICE TO RECIBED MONEY FROM AUTO COLLISION , I RECIBED THE AMOUNT  OF $ 2,500.00 TWENTY FIVE HUNDRED  DOLLARS . PLUS MY CHECK OF TAXES  , SO I , RECIVED A NOTICED  OFFER , TO BUY 97 TH. ST. HOUSE , WHICH OFFER ACCEPTED I PAID THE MONEY , SOME BODY USING , MY NAME RECIBED , THE PROPERTIE , HE TAKE OUT  FRONT NEIGTBORS, OUT , THEY WERE PAYING  $ 150.00 DLLS . RENTH MOUNTH .

THESE POOR PEOPLE THEY BELLIEVED WAS ME THE OWNER AND TRY KILLED ME 1988,

 1995 SOME BODY TREAD MY EX WIFE , AND WAS GETTING , MY HOUSE , SO THIS SAME  PERSON –

--CORDOVA SALVADOR --  .

---

THEN I CHECK DATE AND TIME, THAT 'S MEANS, CALLING TO PAY.

VII.-

WELL I RETURNE 'D CALL ED, AND HE SAID NEEDS THE MONEY TO PAY, COMMERCIAL S

HE OWNED, AND MY ANSWER WAS I CANT GIVE THAT MUCH, BECAUSE, IDONT HAVE THE

MONEY, SUPPOSTIVE  WE RE TALKING ABOUTH THE TEN THOUSAND S DOLLARS.

VII.-

I 'D ANSWER  TAKE, ONE PERCENT, CLEARLY ANSWER TO SOME BODY TALKED. ONE

PERCENT, CLEARLY TALKED TO SOME BODY, USE SINCE BEGINNING , THAT KIND OF

COMMUNICATION.

IX.-

AFTER ALL:

X.-

HONOR:

_____

XI.-

SUPPERIOR COURT OF CALIFORNIA:

INTO THESE STATUS, WHOM TO CONCERN AS A WINNER, REPRESENTATIVE, BY LAW

OF THE.

UNITED STATES

GENERUS AND GLORYUS ,COUNTRY WHICH  I  SERVED  WITH ALL PROUD , I'D WILL LIKE TO SEE CAN
BE POSSIBLE HELPME , TO COLLECT ME OWNED CONTRIBUITION  , ECONOMIC .

THANKS FOR YOU ATTENTION.

HONOR.

HONOUR

AMERICAN    STATE   PAPERS

---

WHEN IN THE COURSES OF HUMAN EVENTS BECOMES NECESSARY FOR ONE PEOPLE  TO DISOLVE THE POLITICAL BANDS WHICH HAVE CONNECTED  THEN WITH AN OTHER , TO ASSUME AMONG THE

POWERS OF THE EARTH, THE SEPPARATE AND EQUAL STATION  TO WHICH THE LAWS OF NATURE AND OF NATURE'S " GOD " ENTITLE THEN , A DECENT RESPECT  TO THE OPINION 'S OF MAKING REQUIRES

THAT THEY SHOULD DECLARE  THE CAUSES  WHICH INSPED  THEN TO THE SEPPARATION .  CODE 5

WE HOLD THIS TRUETH TO BE SELF EVIDENT THAT ALL MEN ARE CREATED EQUAL .

THAT THEY ENDOVED  BY THE CREATER  WITH CERTAIN  UNALINEABLE RIGHTS , THAT AMONG  THESE ARE LIFE ,  LIOBERTY AND THE PERSUIT OF HAPPINNES , THAT TO SECURE  THESE RIGHTS :

GOVERNMENTS  ARE  INISTITUITED  AMONG MEN , DERIVING THEIR (CODE  10 ) JUST POWERS  FROM

THE CONSENT  OF THE GOVERNED  , THAT WHENEVER  ANY FORM  OF GOVERNMENT  BECOMES DESTRUCTIVE  OF THESE END S  , IT IS THE RIGHT  OF THE PEOPLE  TO ALTER OR TO ABOLISH , IT TO

INSTITUTE  A NEW GOVERNMENT LAY ING ITS FUNDATION ON SUCH PRINCIPLES .

AND ORGANIZING ITS POWERS IN SUCH FORM AS TO THEM SHALL SEEM MOST LIKELY TO EFFECT THEIR SAFETY AN D HAPPYNNESS. ( CODE  15 ) PRUDENCE , HIDDEN : WILL DICTATE THAT GOVERNMENT

LONG ESTABLISHED  SHOULD NOT  BE CHANGED FOR LIGHT AND TRANSIENT  CAUSES , AND

ACCORDINGLY ALL EXPERIENCE  HATH SHOW N , THAT MAKING ARE MORE DISPOSSED  TO

SUFFER , WHILLE EVILS  ARE SUFFERABLE THAN TO RIGHT  THEN SELVES BY ABOLISHING THE FORMS TO WHICH  THEY ARE ACCUSTOMED .  BUT WHEN ALONG TRAIN  OF ( ABUSSES ) AND ( USURPATIONS )

PURSUING ( CODE 20 )  INVARIABLE THE SAME OBJECT  , EVINCES A DESIGN TO REDUCES  THEN UNDER  ABSOLUT DISPOTISM  IT IS THEIR RIGHT , IT IS THEIR DUTY  TO THROW OFF SUCH GOVERNMENT  AND TO PROVIDE  NEW GUARDS  FOR THEIR FUTURE SECURITY  SUCH HAS BEEN THE PATHIENT SUFFARANCE  OF THESE COLONIES , AND  SUCH  IN NOW THW NWCESSITY  WHICH CONTRIUNS  THERE ARE OF AFTER  THEIR FORMER  SYSTEMS OF GOVERNMENT .  THE HISTORY OF THE (PRESENT CASE)  AND THE KING OF GRAND BRITISH  OF REPETED INJURIES AND USSURPATIONS .

ALL STATE S  TO PROBE THIS LET FACTS  BE SUBMITED  TO A CANDID WORLD:

HONOR

---

IF THE  AMERICAN STES PAPERS .

ARTICLES OF CONFEDERATION AND PERPETUAL UNION BETWEEN THE STATES .

NEW HAMPSHIRE , MASACHUSETS, BAY RODE ISLAND AND PROVIDENCE PLANTATIONS , CONNECTICUT, NEW YORK, NEW JERSEY , PENSYLVANIA , DELAWARE , MARYLAND , VIRGINIA , NORTH CAROLINA , SOUTH CAROLINA .AND  GEORGIA..

ARTICLE ONE.

"   THE STYLE OF  THIS CONFEDERATION SHALL BE.  "

THE UNITED STATES OF AMERICA.

ARTICLE TWO.

EACH STATE  'RETAINS ' ITS SOVEREIGNITY  FREEDOM AND INDEPENDENCE AND EVERY POWER JURIDICTION , AND RIGHT , WHICH IS NOT BY THIS CONFEDERATION  EXPRESLY DELEGATED TO THE UNITED STATES IN CONGRESS  ASSAMBLED .

ARTICLE THREE.

THE SAID  STATES HERBY SEVERALLY ENTER INTO  A FIRM LEAGUE OF FRIEND SHIP WHIT EACH OTHER FOR   ( 16 ) THEIR COMMON DEFENCE THE SECURITY OF THEIR LIBERTYS AND THEIR MUTUAL AND GENERAL WELFARE  , BINDING  THEMSELVES TO ASSIST EACH OTHER AGAINST ALL OTHER FORCES

OFFERED TO  OR ATTACKS MADE UPON THEIR OR ANY OF THEM , ON ACCOUNT OF  ( 15 ) RELIGION  , SOVEREIGNITY, TRADE , OR OTHER PRETENCE  WHATEVER.

ARTICLE FIVE

FOR THE MORE CONVENIENT MANAGEMENT OF THE GENERAL INTEREST OF THE UNITED STATES

DELEGATES SHALL BE ( 50 ) ANNUALLY APPOINTED HI SUCH  MANNER AS THE LEGILATURE OF EACH

STATE TO DIRECT , TO MEET IN  9 ( NINE )   CONGRESS ON THE FIRST MONDAY IN NOVEMBER

IN EVERY YEAR  WITH  A POWER RESERVED TO EACH STATE TO RECALL ITS DELEGATES OR ANY (55)

THEM  AT ANY TIME WITHIN THE YEAR  AND TO SEND OTHERS IN THEIR STEAD FOR THE REMINING

OF THE YEAR.

AMERICAN STATE PAPERS

NO STATE SHALL BE REPRESENTATED IN CONGRESS ( 60 ) BY LESS THEN TWO NOR BY MORE THEN

SEVEN MEMBERS ; AND NO PERSON SHALL BE CAPPABLE OR BEING  A DELEGATE FOR MORE THEN

THREE YEARS  NOR , SHALL ANY PERSON  BEING A DELEGATE BE CAPPABLE OR HOLDING  ANY OFFICE

( 65)   UNDER THE UNITED STATES FROM WHICH  HE OR ANY OTHER FOR HIS BENNEFITS RECCIVES

ANY SALARY FEES, OR INMULUMENT OF ANY KIND. EACH STATE  SHALL MANTEIN ITS OUR DELEGATES
IN A MELTING OF THE STATES , AND WHILE THIY ACT..

( 70 ) AS MEMBERS OF THE COMMITTEE OF THE STATES IN CONGRESS ASSEMBLED , EACH STATE SHALL
HAVE ONE NOTE .

FREEDOM OF SPEACHAND DEBATEIN CONGRESS ( 75 )  SHALL NOT BE IMPEACH ED OR QUESTIONED IN
ANY COURT  OR PLACE OUT  CONGRESS , AND THE MEMBERS OF CONGRESS SHALL BE PROTECTED

IN THEIR PERSON S FROM  ARREST AND IMPRISONMATS DURING THE TIME OF THEIR GOING TO OR

FROM AND  ( 80 )  ATTENDANCE ON CONGRESS  , EXCEPT FOR TREASON FELONY, OF BREACH OF THE

PLACE.

THAT SUCH RESTRICTIONS SHALL NOT EXTENDED SO FAR AS TO PREVENT  (30) THE REMOVAL OF

PROPERTY IMPORTED, INTO ANY STATE , TO ANY OTHER STATE OF WHICH THE OWNER IS
INHABITANTS ; PROVIDED ALSO THAT  NOT IMPSITION , DUTIES  OF RESTICTION, SHALL BE LAIDBY ANY
OTHER STATES  OR EITHER OF THEM:

IF AANY PERSON GUILTY OF OR CHARGED , WITH TREASON , FELONYOR OTHER HIGH
MIDSMEANOR IN ANY STATE , SHALL BE FROM JUSTICE AND BE FOUND IN ANY OF THE UNITED

STATES , HE SHALL UPON DEMAND OF THE GOVERNOR OR EXECUTIVE POWER. ( 40 ) OF THE STATE
FROM  WHICH HE FLED , BE DELIVERED  UP AND REMOVED TO THE STATE HAVING, JURIDICTIONOF HIS
OFFENCE .

FALL HIS FAITHAND CREDIT  SHALL BE GIVEN IN EACH OF BOTH OF THESE STATES  TO THE ( 45 )

RECORDS ACTS AND JUDICIALPROCCEDING OF THE COURTHS AND MAGISTRALESOF EVERY OTHER

STATE.

ARTICLES OF CONFEDERATION

ARTICLES OF CONFEDERATION AND PERPETUAL UNION BETWEEN THE STATES OF:

NEW HAMPSHIRE , MASACHUSETS BAY, RHODE ISLANDS AND PROVIDENCE PLANTATIONS ,

CONNECTICUT , NEW YORK , NEW JERSEY , PENSYLVANIA , DELAWERE , MARYLAND ,

VIRGINIA , NORTH CAROLINA , SOUTH CAROLINA AND GEORGIA.

ARTICLE ONE .

"          THE STYLE OF THIS CONFEDERATION SHALL BE          "

"      THE UNITED STATES OF AMERICA      "

ARTICLE TWO.

EACH STATE RETAINS ITS SOVEREIGNITY FREEDOM AND INDEPENDENCE AND EVERY POWER

JURIDICTION, AND RIGHT ,WHICH IS NOT BY THIS CONFEDERATION EXPRESLY  DELEGATED  TO THE
UNITED STATES IN CONGRESS ASSEMBLED.

ARTICLE THREE.

THE SAID STATES HERBY SEVERALLY ENTER INTO A FIRM LEAGUE OF FRIENDSHIP WITH EACH OTHER

FOR ( 10 ) THEIR COMMON DEFENCE  THE SECURITY OF THEIR LIBERTYS , AND  THEIR MUTUAL AND
GENERAL WELFARE BINDING THEM SELVES  TO ASSIST EACH OTHER AGAINST ALL OTHER FORCES

OFFEREDTO  OR ATTACKS MADE UPPON THEIR OF THEM , ON ACCOUNT OF (15) RELIGION ,
SOVEREIGNITY, TRADE OR , ANY OTHER PRETENCE WHAT EVER .

ARTICLE FOUR.

THE BETTER TO SECURE AND PERPETUATE MUTUAL  FRIEND SHIP AND INTERCOURSE AMONG

THE PEOPLE OF THE DIFFERENT STATES IN THIS UNION ( 20 )  THE FREE INHABITANTS  OF EACH OF
THESE STATES , PAUPERS , VAGABOUNDS , AND FUGITIVES FROM JUSTICE  EXCEPTED, SHALL BE
ENTILLED TO ALL PREVILEGES, AND IMMUNITIES OF FREE CITIZENS  IN THE GENERAL STATES , AND THE
PEOPLE OF EACH STATE  SHALL HAVE ( 25 )  FREE INGRESS AND REGRESS TO , AND  FROM ANY OTHER
STATE AND SHALL ENJOY THERIN  , ALL PREVILEGES OF TRADE OR COMMERCE , SUBJECT TO THE SAME
DUTIES  IMPOSITIONS AND RESTRICTIONS AS THE INHABITANTS THERE OF RESPECTEVELY, PROVIDED

HONOR

---

IF THE  AMERICAN STES PAPERS .

ARTICLES OF CONFEDERATION AND PERPETUAL UNION BETWEEN THE STATES .

NEW HAMPSHIRE , MASACHUSETS, BAY RODE ISLAND AND PROVIDENCE PLANTATIONS , CONNECTICUT, NEW YORK, NEW JERSEY , PENSYLVANIA , DELAWARE , MARYLAND , VIRGINIA , NORTH CAROLINA , SOUTH CAROLINA .AND  GEORGIA..

ARTICLE ONE.

"   THE STYLE OF  THIS CONFEDERATION SHALL BE.  "

THE UNITED STATES OF AMERICA.

ARTICLE TWO.

EACH STATE 'RETAINS ' ITS SOVEREIGNITY  FREEDOM AND INDEPENDENCE AND EVERY POWER JURIDICTION , AND RIGHT , WHICH IS NOT BY THIS CONFEDERATION  EXPRESLY DELEGATED TO THE UNITED STATES IN CONGRESS  ASSAMBLED .

ARTICLE THREE.

THE SAID  STATES HERBY SEVERALLY ENTER INTO  A FIRM LEAGUE OF FRIEND SHIP WHIT EACH OTHER FOR    ( 16 ) THEIR COMMON DEFENCE THE SECURITY OF THEIR LIBERTYS AND THEIR MUTUAL AND GENERAL WELFARE  , BINDING  THEMSELVES TO ASSIST EACH OTHER AGAINST ALL OTHER FORCES

OFFERED TO  OR ATTACKS MADE UPON THEIR OR ANY OF THEM , ON ACCOUNT OF  ( 15 ) RELIGION  , SOVEREIGNITY, TRADE , OR OTHER PRETENCE  WHATEVER.

THAT SUCH RESTRICTIONS SHALL NOT EXTENDED SO FAR AS TO PREVENT (30) THE REMOVAL OF

PROPERTY IMPORTED, INTO ANY STATE , TO ANY OTHER STATE OF WHICH THE OWNER IS INHABITANTS ; PROVIDED ALSO THAT  NOT IMPSITION , DUTIES  OF RESTICTION, SHALL BE LAIDBY ANY OTHER STATES  OR EITHER OF THEM:

IF AANY PERSON GUILTY OF OR CHARGED , WITH TREASON , FELONYOR OTHER HIGH MIDSMEANOR IN ANY STATE , SHALL BE FROM JUSTICE AND BE FOUND IN ANY OF THE UNITED

STATES , HE SHALL UPON DEMAND OF THE GOVERNOR OR EXECUTIVE POWER. ( 40 ) OF THE STATE FROM  WHICH HE FLED , BE DELIVERED  UP AND REMOVED TO THE STATE HAVING, JURIDICTIONOF HIS OFFENCE .

FALL HIS FAITHAND CREDIT  SHALL BE GIVEN IN EACH OF BOTH OF THESE STATES  TO THE ( 45 )

RECORDS ACTS AND JUDICIALPROCCEDING OF THE COURTHS AND MAGISTRALESOF EVERY OTHER

STATE.

$ 100,000.00 ( ONE HUNDRED THOUSAND ,DOLLARS)  INSURARED BENNEFITS  ALL FOURT

DOUGHTERS, AND SONS I HAVE , ( JANNETH , GEORGE, NESSTOR , MIRIAM):

SO AFTER A FEW WEEKS  I  RECIVED  , A MAIL CORRESPONDANCE , 13 ( THIRTEEN LETTERS) FROM

INSURANCE , THEIRE  INCLUNDANCE EX WIFE SILVIA DE LA CRUZ :

WITH  THE AMOUNTH OF 50% ( FIFTY PERCENTAGE   BENNEFICIARY) :

AND

_____AN    MEDICAL  EXAM , AND DRUGS  TEST , WHO TAKED ME MISS ,
ANNETH._____

HONNOR :

_____

FINNALY AFTER , FILLED ME CERTAINLY , GLAD :

SURE WE WERE IN A CONCLUTION   ( COLD WAR ) :

I  HEARED IN RADIO STATIONS , KLOVE , 107.5 AND K BRIOLEY, AND COW BOY'S  F.M :

CMMERCIAL PATHENT HELP , AND PHONE NUMBER .

SO  I' M MADE AN APPOINTMEN T , THEN  ALONSO GAVE ME  A  RETURNED CALL ED ,  THEN WE
WERE USING SINNONIMUS LENGUAGE , TO TRY DON'T BE , MISMAINOR R  WAITING TIME .

SO IN MID TIME I'M DID SET UP ALL I'LL WILL NEED  TO MAKE  ME :

AMBIGUS SYSTEM :

POST GRADE DYAGRAM: AND

HELP MEET ( NOW ) WELDING MASK. ( MAD HELP NESS):

THANKS HONNOR:_____

_____

HONOUR'S

_____

APPEAR                    |

CASE                      |

CLAIME                    |

LAWYER :                  |

ISAAC J. DE LA CRUZ       |

|

_____|        I' M GLAD  AND  APRECIATE D THE BEST , WHAT

CERTAINLY  GAVE ME THESE OPPORTUNITY , TO CAN CAME , ABOUT :

AMBIGUS SYSTEM :

_____

THE COMPLETED EVOLUTION    ( PLATE ), SPEED , DISTANCE , ENERGY , GRAVITY ,  LEVEL ,
EMERGING , METHAMORPHOSYS , MOLLS. DESIVELS, EQUALS , ANYQUAL'S , ATOMS, PROTONS ,

ELECTRONS, NEUTRONS , AND MINERALS . PLUS AND PLUS :              WITH A SIMPLE

WELDING MASK , ( WRONG PREVIUS NAME ) HELPMEET : AND  A FILTER CARBS , RESPIRATORS

MASK  , MODDIFYCATED .    AND SPECIFICATED DIAGRAM. RECTANGLE ,  CENTER UP 3/4  SCALES

AND ANGLE  (CATHENS ) THROW  THETUS ( TO )  PARALEL ( HIPOTENUS):

I'M  CERTAINLY SURE THESE  WHY (, UNITED STATES , )      UNSTILL HAVE THE PRECIUS AND

VALUE PROUD TO SAY , OUR MONEY BILL WAS SAVED :

I HOPE AND  I  APPRECIATE  THESE  APPEAR  BE ACCEPT.

IN GOD  I BELIEVED

THANKS VERY MUCH

HONOUR

ARTICLES OF CONFEDERATION

ARTICLES OF CONFEDERATION AND PERPETUAL UNION BETWEEN THE STATES  OF:

NEW HAMPSHIRE , MASACHUSETS  BAY, RHODE ISLANDS  AND PROVIDENCE PLANTATIONS ,

CONNECTICUT , NEW YORK , NEW JERSEY , PENSYLVANIA , DELAWERE , MARYLAND ,

VIRGINIA , NORTH CAROLINA , SOUTH CAROLINA  AND GEORGIA.

ARTICLE ONE .

"            THE STYLE OF THIS CONFEDERATION SHALL BE          "

"       THE UNITED STATES OF AMERICA        "

ARTICLE TWO.

EACH STATE RETAINS ITS SOVEREIGNITY FREEDOM AND INDEPENDENCE AND EVERY POWER

JURIDICTION, AND RIGHT ,WHICH IS NOT BY THIS CONFEDERATION  EXPRESLY   DELEGATED  TO THE
UNITED STATES IN CONGRESS ASSEMBLED.

ARTICLE THREE.

THE SAID STATES HERBY SEVERALLY ENTER INTO A FIRM LEAGUE OF FRIENDSHIP WITH EACH OTHER

FOR ( 10 ) THEIR COMMON DEFENCE  THE SECURITY OF THEIR LIBERTYS , AND  THEIR MUTUAL AND
GENERAL WELFARE BINDING THEM SELVES  TO ASSIST EACH OTHER AGAINST ALL OTHER FORCES

OFFEREDTO  OR ATTACKS MADE UPPON THEIR OF THEM , ON ACCOUNT OF (15) RELIGION ,
SOVEREIGNITY, TRADE OR , ANY OTHER PRETENCE WHAT EVER .

ARTICLE FOUR.

THE BETTER TO SECURE AND PERPETUATE MUTUAL  FRIEND SHIP AND INTERCOURSE AMONG

THE PEOPLE OF THE DIFFERENT STATES IN THIS UNION ( 20 )  THE FREE INHABITANTS  OF EACH OF
THESE  STATES , PAUPERS , VAGABOUNDS , AND FUGITIVES FROM JUSTICE  EXCEPTED, SHALL BE
ENTILLED TO ALL PREVILEGES, AND INMUNITIES OF FREE CITIZENS  IN THE GENERAL STATES , AND THE
PEOPLE OF EACH STATE  SHALL HAVE ( 25 )  FREE INGRESS AND REGRESS  TO , AND  FROM ANY OTHER
STATE AND SHALL ENJOY THERIN  , ALL PREVILEGES OF TRADE OR COMMERCE , SUBJECT TO THE SAME
DUTIES  IMPOSITIONS AND RESTRICTIONS AS THE INHABITANTS  THERE OF  RESPECTEVELY, PROVIDED

WHEN  I JUST CERTAINLY RECIBED , LAY OFF IN PERIS FORM WORKS , COMPANY , AND I LOOKED

AROUND FOR JOB , I CAN'T BELIEVED  I WENT TO MEXICO TO MAKE MAGNUS LETTER , TO :

HONOR , EX PRESIDENT .- FELIPE CALDERON  HINOJOSA .

FOLLOW TO CAME TO THE TOWN  I BORNED ,

GUADALAJARA  JALISCO , MEXICO.

THEN BE WORKING , AS A SIMPLE  BODY MAN , BECAUSE PARENTS, AND BROTHERS THEY UPSET
BECAUSE I SAID , THOSE ARE ACTION ' S  I WON  ARE SECURITY OF UNITED STATES:

AND I WONT BE MAGREE GIVE SOMETHING IT'S NOT IN HANDS , SOME BODY STOLEN MY WALLET
FOLLOW WITH LAWYER EX GOVERNOR , RAMIREZ ACUNA , ( SR . AHUMADA UHUMADA  ) PERSON
WHO WAS ASSIGNED TO  RECIVED BOOKS, INFORMATION  BROAD SYSTEM .

I 'M CERTAINLY SURE  MAKE EMPHASYS ABOUT .I DIDN'T  MADE ANY CONTRACT W/ NO BODY

BECAUSE  I DIDN'T  ACCEPTED ANY CONTRACT OFFER FROM UNIVERSITY TO WORK FOR , TO DON'T

GIVE  OR MAKE A MISTUNDERSTANDING.  BECAUSE THEY OFFER ED ME  MAKE A CONTRACT  WITH

SAME PERSON WHO MADE PREVIUS CONTRACTS , WITH MR , VERGARA, AND SLIM .

NOW I CAN SAY I 'D BEEN RESPECT ED ALL AMMENDMENTS OF CONSTITUTION , AND ALL  UNITED

STATES  CITIZENS :

I HOPE BE ACCEPT  PETITION  AND CAN RECIVE RESPECTIVE CONTRIBUITIONS.

HERE IN THIS PAKAGE  , I  INCLUIDED ALL COPIES AND LETTERS I  MADE AND RECIVED.FROM

MEXICAN GOVERNMENT.

ISAAC J. DE LA CRUZ

I HOPE BE ACCEPT PETITION AND CAN RECIVE RESPECTIVE CONTRIBUITIONS.

HERE IN THIS PAKAGE , I INCLUIDED ALL COPIES AND LETTERS I MADE AND RECIVED.FROM

MEXICAN GOVERNMENT.

I F  WE MAKE A REMAIN ABOUT WARS , PEOPLE LIKE TO PLAY , TO MANY ABOUT

THE IGNORANCE OF SOME MOST OF THE PEOPLE .

I'M CERNTAINLY SURE THESE  NOT AN EXEPTION  BECAUSE , MANY PEOPLE MAKE CONSPIRATION

BECAUSE  THE SAME , PAPERS OF STATE  TALK  ABOUT , PEOPLE LIKE USURPATE , NAMES AND BETRY
PEOPLE BECAUSE THAT 'S THE WAY TO CONSPIRATE  AGAINS PEOPLE .

ISAAC DE LA CRUZ

HONOR:

_____

IN THE BEST OF ME , ISAAC J. DE LA CRUZ : AS A LAWYER IN PROFESSION AND ENGINERING . SPECIALIST AS AN AUTO BODY TECH REPAIRER CERTIFICATED.

I'M MAKING AN APPEAR INTO THIS PRESENTATION , I'M CONCERTLY WISHES BEST HOPE , AND HEALTHY FROM ALL HEART.

INTO OUR COUNTRY AND THE REST OF THE WORLD , MAKE  AND LEAVE , THEIR LIVES , SERVING OUR PATRIOTS LANDS .

HONOR:

   FOLLOW APPEAR :

                        WHEN THE INDUTRY REVOLUTION WAS DECLARATED AS ,(_ CENTURY  )

XV,   FIFTEEN .-   THEN WHEN  HONOR , GEORGE WASHINGTON , HIS FAMILY CAME FROM BRITHYSH, IN CENTURY XVI, SIXTEEN  , .

              THEN IN 1776 THE INDEPENDENCE OF UNITED STATES .

   SO WHEN WAS DECLARATED THE COLD WAR SEPTENVER 11, 2001.

   FOLLOW W./MERIDA  MEETING  DATE CLOSE 2008.

   I WISH AND HOPE CERTAINLY BE HEALTHY  READY , TO BIRTH THE PROMISE ,WHISH I MADE TO ALL MEXICO, BEFORE CAME TO THIS GLORYOUS COUNTRY , TO  INFANTS ARMY , AIR FORCE , AND MARINES

   WHEN I MADE CORRESPONDENCE , CERTIFICATES  AND GRADUATION S.

HONOR.

_____

ALL I'VE DONE AFTER PASSED U.S.A. CERTIFICATES TO PROOF, AND HAVE THE OPPORTUNITIE TO MAKE  A MODIFICATE , TO TRY  SAVE THIS BEATYFULL COUNTRY, WHICH WAS CERTAINLY POSSIBLE ,

BECAUSE  I HADE A CERTAINLY FOCUS .

_____

YEAR ./   1986 .

HONOR.

RONALD REAGAN                    U.S.A.    PRESIDENT.

MIGUEL DE LA MADRID HURTADO.      MEXICO . PRESIDENT.

___ EX
PRESIDENTES._____

THEY AGRETMENT ABOUT ECONOMY . FOLLOW BY APROOF CONTRAC  BY.

MR JORGE VERGARA.  AMOUNTH .- $  17,000.00  SEVENTEEN THOUSEND TRILLION DOLLARS.

CASE .- REGALS  , T . TOPS  GMC . AUTOS . AND REAGAN, CUSTOMS MASKS..

_____

SUPPOUSTED , COLD WAR DEFINITION . END. --------

_____

I WISH AND HOPE CERTANLY BE HEALTH Y READY BIRTH THE
PROMISE I MADE TO MEXICO BEFORE COME TO THIS GLORYUS COUNTRY
TO INFANTS ARMYS,AIR FORCE , AND MARINES WHEN I MADE
CORRESPONDENCE, CERTIFICATES  AND  GRADUATIONS.

ALL I'D BEEN DID AFTER PASSED U.S.A CERTIFICATES TESTS TO BE
APROOF AND HAVE THE OPORTUNITIE TO MADE  A MODIFICATE TO  TRY
SAVE THIS BEATYFULL COUNTRY WAS POSSIBLE , BECAUSE WE HADE A
CERTAINLE FOCUS.

YEAR 1986.
            HONOR : RONALD REAGAN  U.S.A.
            HONOR:   MIGUEL DE LA MADRID   MEXICO.
EX PRESIDENTS .

            THEY MADE AGREETMENT ABOUT ECONOMIC , APROOF FOR
JORGE VERGARA  AMOUNT            SEVENTEEN TRILLION DOLLARS .
 FOLLOW CONTRACT AGAIN FOR CARLOS SLIM, FOR OTHER AMOUNTH OF
SEVENTEEN TRILLION DOLLARS , MAKING TOTAL OF (34) THIRTY  FOURTH
TRILLION DOLLARS ECONOMIC ,SUPPOUST LOAND MONEY TO USA.
MEXICO .
            ALL AMOUNTHS FEES OWNS , SHOW TO .


HONOR : GEORGE W. BUSH .      YEAR 2008 IN MERIDA .



            SO FINAL OPPORTUNITY CAME TO ME .
I.-
I  MADE A WELDING MASK ,FOLLOW WITH A RESPIRATOR MASK , AND
SCALES DIAGRAM .AND. I DID A CONTRACT W/ INVENT HELP FOR 66%
SIXTY SIX PERCENT IN CASE OF BE PROOF .
II.-
    I MADE A TRIGONOMETRYDIAGRAM. A-C-T+C-S+CS  .
I RECIBED A BLUE BOOK